IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK CIOLINO, )<br>on behalf of plaintiff and the )<br>class members described below, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>SETERUS, INC., formerly known as )<br>IBM LENDER BUSINESS PROCESS )<br>SERVICES, INC., )<br>)<br>        Defendant. ) | Case No. 1:15-cv-09247<br><br>Hon. Matthew F. Kennelly<br>Judge Presiding |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Defendant, Seterus, Inc. ("Seterus"), by its attorneys, moves pursuant to Fed. R. Civ. P. 6(b) for an extension of time allowed for Seterus and Plaintiff Patrick Ciolino ("Plaintiff") to file the Motion for Preliminary Approval, and in support thereof states as follows:

1. Following two settlement conferences, Seterus and Plaintiff agreed to the material terms of a class-wide settlement on October 11, 2017. [DE 120.]

2. Accordingly, at the status hearing held on October 17, 2017, this Court entered an Order requiring the parties to file the Motion for Preliminary Approval by December 4, 2017. [DE 122.] Such time has not passed.

3. Since October 17, 2017, the parties have worked diligently to comply with this deadline.

4. In particular, the parties have worked together on finalizing the class-wide settlement agreement ("Agreement"), the form and content of the direct notice to be provided to

the Settlement Class ("Notice"), the Motion for Preliminary Approval, and the proposed order ("Order") preliminarily approving of the Agreement (collectively, the "Settlement Paperwork").

5. Counsel for Seterus provided the Settlement Paperwork to Seterus, and expected to receive Seterus' comments and approval in advance of the December 4, 2017 deadline.

6. But on November 29, 2017, the vice-president for Seterus overseeing this matter was unexpectedly hospitalized. While he has since been discharged, the vice-president only returned to work on December 4, 2017.

7. As a result, counsel for Seterus was unable to obtain Seterus' approval of the Settlement Paperwork by the December 4, 2017 deadline.

8. Accordingly, Seterus requests a brief, two-week extension for the parties to finalize the Settlement Paperwork and file the Motion for Preliminary Approval.

9. This motion is not interposed for the purposes of delay.

10. No party would be unduly prejudiced if the Court grants the extension requested herein.

11. Counsel for Plaintiff has no objection to an extension of time for the parties to finalize the Settlement Paperwork and file the Motion for Preliminary approval, up to and including December 18, 2017.

WHEREFORE, Seterus respectfully requests that the Court grant its motion, and provide the parties with an extension of time to file the Motion for Preliminary Approval, up to and including December 18, 2017.

Dated: December 4, 2017 Respectfully submitted,

Ralph T. Wutscher **SETERUS, INC.,**
Mickey J. Lee
Ernest Paul Wagner
Eric Tsai
Gregg M. Barbakoff
MAURICE WUTSCHER LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Tel. (312) 416-6170
Fax (312) 284-4751     By:   /s/ Gregg M. Barbakoff
                                    One of Its Attorneys

**Certificate of Service**

  I, Gregg M. Barbakoff, an attorney, hereby certify that on **December 4, 2017**, service of a true and correct copy of this document and any referenced exhibits was accomplished pursuant to ECF on all parties who are Filing Users.

                 /s/ Gregg M. Barbakoff